## UNITED STATES *v.* EDWARD O'TOOLE CO., INC.

**No. 5514**—Invoice dated Saumur, France, November 24, 1939.
Entered at New York, August 27, 1940.
Entry No. 765859.

(Decided November 26, 1941)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
*Brooks & Brooks*, for the defendant.

TILSON, Judge: Counsel for the respective parties have submitted this appeal, without the introduction of any evidence. An examination of the official papers before me discloses no reason for disturbing the action of the appraiser, and I therefore find that the proper dutiable value of the merchandise covered by this appeal is the value found by the appraiser. Judgment will be rendered accordingly.

NOVEMBER 28, 1941

**No. 5515**——*Florea &
Co., Inc.* v. *United States.* Entered at New York. Reap. Dec. 5489.
Motion by plaintiff.